# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor, U.S.M.J. |
| | : | |
| v. | : | Crim. No. 15-134 |
| | : | |
| DANIEL ARCHIBALD | : | |
| | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Daniel Archibald (William H. Hughes, Esq., counsel for the defendant, appearing) for an order granting a third continuance of the proceedings in the above-captioned matter to allow the defendant additional time to prepare pre-trial motions, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of the filing (and making public) of the indictment or his appearance before a judicial officer of this court, whichever date last occurs, pursuant to Title 18 of the United States Code, Section 3161(c)(1); and Paul J. Fishman, United States Attorney for the District of New Jersey (Kathleen P. O'Leary and Melissa Waggenheim, Assistant United States Attorneys, appearing), having consented to the continuance in the above-captioned matter; and it appearing that the defendant waives such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.     Defendant has requested the aforementioned continuance to allow additional time to review discovery and prepare for motions.

2.    The government has consented to the continuance.

3.    The grant of a continuance will likely conserve judicial resources.

4.    Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A),

the ends of justice served by granting the continuance outweigh the best

interests of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 2nd day of September, 2015

ORDERED that the proceedings in the above-captioned

matter are continued until October 9, 2015; and

IT IS FURTHER ORDERED that the period between and including

September 3, 2015 and October 9, 2015 shall be excludable in computing time

under the Speedy Trial Act of 1974.

IT IS FURTHER ORDERED that a pre-trial conference between the

Court and the parties by phone will be held at 9:45 a.m. on October 13, 2015.

_____
HON. CATHY L. WALDOR
United States Magistrate Judge