# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor, U.S.M.J. |
| v. | : | Crim. No. 15-134 |
| DANIEL ARCHIBALD | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court jointly by Daniel Archibald (William H. Hughes, Esq., counsel for the defendant, appearing) and Paul J. Fishman, United States Attorney for the District of New Jersey (Kathleen P. O'Leary and Melissa Wangenheim, Assistant United States Attorneys, appearing) for an order granting a twelfth continuance of the proceedings in the above-captioned matter to allow time for a hearing regarding an issue raised in defendant's omnibus motion, which is pending in part before the Court, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of the filing (and making public) of the indictment or his appearance before a judicial officer of this court, whichever date last occurs, pursuant to Title 18 of the United States Code, Section 3161(c)(1); and it appearing that the defendant waives such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The Court has ordered that a hearing be scheduled regarding an issue raised in defendant's omnibus motion.

2. The grant of a continuance will likely conserve judicial resources.

3. Pursuant to Title 18, United States Code, Section 3161(h)(1)(D), delay resulting from any pretrial motion from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion is excludable in computing time within which the trial of any such offense must commence.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 23rd day of June, 2016

ORDERED that the proceedings in the above-captioned matter are continued until August 21, 2016; and

IT IS FURTHER ORDERED that the period between and including June 22, 2016, and August 21, 2016, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. CATHY L. WALDOR
United States Magistrate Judge

Consented and Agreed to by:

_____
William H. Hughes, Esq.
Counsel for defendant Archibald

*/s/ Kathleen P. O'Leary*
Kathleen P. O'Leary
Melissa M. Wangenheim
Assistant U.S. Attorneys