# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Cathy L. Waldor, U.S.M.J.

v. : Crim. No. 15-134

DANIEL ARCHIBALD :

: ORDER FOR CONTINUANCE

This matter having been opened to the Court jointly by Daniel Archibald (William H. Hughes, Esq., counsel for the defendant, appearing) and William E. Fitzpatrick, Acting United States Attorney for the District of New Jersey (Kathleen P. O'Leary and Melissa Wangenheim, Assistant United States Attorneys, appearing) for an order granting a continuance of the proceedings in the above-captioned matter to allow time for the Court to hold a scheduled status conference and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of the filing (and making public) of the indictment or his appearance before a judicial officer of this court, whichever date last occurs, pursuant to Title 18 of the United States Code, Section 3161(c)(1); and it appearing that the defendant waives such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The Court has disposed of defendant's motions and scheduled a status conference for April 25, 2017.

2. The grant of a continuance will likely conserve judicial resources.

3. Defendant has consented to the continuance.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this ____ day of April, 2017

ORDERED that the proceedings in the above-captioned matter are continued until April 30, 2017; and

IT IS FURTHER ORDERED that the period between and including April 19, 2017 and April 30, 2017 shall be excludable in computing time under the Speedy Trial Act of 1974.

IT IS FURTHER ORDERED that a status conference in the above-referenced matter will be held at **1:30 p.m.** on ~~April 25, 2017~~.

_____
HON. CATHY L. WALDOR
United States Magistrate Judge

Consented and Agreed to by:

_____
William H. Hughes, Esq.
Counsel for defendant Archibald

_____
Kathleen P. O'Leary
Melissa M. Wangenheim
Assistant U.S. Attorneys

2